### HELEN M. LESEBERG *v.* KEVIN O'GRADY

The plaintiff's petition for certification for appeal from the Appellate Court, 115 Conn. App. 18 (AC 29484), is denied.

*Helen M. Leseberg,* pro se, in support of the petition.

*Philip Miller,* assistant attorney general, in opposition.